UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIUS-VINCENT REYES,

    Plaintiff,

v.        CASE NO. 8:08-cv-452-T-23EAJ

ANNETTE BRENOWITZ,

    Defendant.
_____/

**ORDER**

Pursuant to 42 U.S.C. § 233 and 28 U.S.C. § 2679(d)(2), the United States of America (the "United States") moves (Doc. 4) to dismiss the defendant, Annette Brenowitz ("Brenowitz"), and to substitute the United States as the party defendant. The plaintiff responds in opposition. The Federal Tort Claims Act ("FTCA") requires the substitution of the United States as the party defendant after the Attorney General of the United States certifies that a federal employee acted within the scope of employment at the time of the incident resulting in the tort claim. § 2679(d)(2). The Attorney General has authorized "[t]he United States Attorney for the district where the civil action or proceeding is brought" to complete the statutory certification. 28 C.F.R § 15.4. The United States Attorney for the Middle District of Florida has certified (Doc. 1, Ex. 1) that Brenowitz was acting within the scope of her employment at the time of the incident resulting in the plaintiff's claim. The certification requires the substitution of the United States in the place of Brenowitz. The United States' motion (Doc. 4) to dismiss

- 2 -

Brenowitz as a defendant and to substitute the United States as a defendant is

**GRANTED**.  The plaintiff's claim against Brenowitz is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on April 9, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Julius-Vincent Reyes
          7114 Congress St.
          New Port Richey, FL 34653